SOLOMAN WATERS v. THE STATE.

No. 9459.   Delivered May 20, 1925.

**Transporting Intoxicating Liquor—Affirmed.**

No statement of facts nor bills of exception appearing in the record, and no error appearing, the judgment will be affirmed.

Appeal from the District Court of Jones County.   Tried below before the Hon. Bruce W. Bryant, Judge.

Appeal from a conviction of transporting intoxicating liquor; penalty, two years in the penitentiary.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—Conviction in district court of Jones County for transporting intoxicating liquor; punishment, two years in the penitentiary.

The record is before us without any statement of facts or bills of exception. The indictment correctly charges the offense, and we find no fault with the charge of the court. No error appearing, the
*Affirmed.*